NUMBER
13-04-457-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________     

          

DEVORAH J.
GOLDBERG,                                                              Appellant,

 

                                                             v.

 

JOEL JOSELEVITZ,
M.D.,                                                                 Appellee.

____________________________________________________________

 

                              On
appeal from the 94th District Court

                                        of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellant, DEVORAH J. GOLDBERG, perfected an appeal from a judgment entered by
the 94th District Court of Nueces County, Texas,
in cause number 03-7535-C. 
No clerk=s record has been filed due to appellant=s failure to pay or make arrangements to pay the clerk=s fee for preparing the clerk=s record.  
Appellee has filed a motion to dismiss the appeal for want of
prosecution.

If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant was entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

On May
4, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b)
and 42.3.  Appellant was given twenty-one
days to explain why the cause should not be dismissed.  To date, no response has been received from
appellant. 

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record, 
this Court=s notice, and appellant=s failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. Appellee=s motion to dismiss the appeal is GRANTED, and the
appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 23rd day of
June, 2005.